IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 14-cv-00355-RPM

DAVID A. BOVINO P.C., and
DAVID A. BOVINO,

      Plaintiffs,

v.

UBS TRUST COMPANY, N.A., and
UBS FINANCIAL SERVICES, INC, and
TIMOTHY D. KELLY, and
KELLY AND HANNAH, P.A.

      Defendants.

_____

ORDER APPROVING STIPULATION FOR EXTENSION OF TIME
_____

      After review of the Stipulation for Extension of Time to Respond to Defendants UBS Trust Company, N.A. and UBS Financial Services Inc's Combined Motion to Dismiss and/or Stay This Action, filed May 9, 2014 [19], it is

      ORDERED that the stipulation is approved and plaintiffs have to and including May 20, 2014 within which to file their response or otherwise respond to the motion [12].

      DATED: May 9th , 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge