IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00355-RPM

DAVID A. BOVINO P.C., and
DAVID A. BOVINO,

      Plaintiffs,

v.

UBS TRUST COMPANY, N.A.,
UBS FINANCIAL SERIVCES, INC, and
TIMOTHY D. KELLY,
KELLY AND HANNAH, P.A.,

      Defendants.

_____

ORDER DENYING PLAINTIFFS' MOTION TO STAY AND SETTING TIME TO
RESPOND MOTIONS TO DISMISS
_____

On May 19, 2014, the plaintiffs filed a motion to stay pending settlement or to extend deadlines pending settlement.  The defendants UBS Trust Company, N.A., and UBS Financial Services, Inc., filed an opposition with a declaration of Michael Barnett. The plaintiffs' motion to stay seeks an indefinite stay because of pending settlement negotiations being facilitated by Magistrate Judge Hegarty.  The defendants in opposition support an extension of time to July 1, 2014, to respond to their motion to dismiss, thereby setting a time limit on these negotiations.  This Court concurs with that approach and, accordingly, it is

ORDERED that the plaintiffs' motion to stay is denied and it is

FURTHER ORDERED that the time within which the plaintiffs shall respond to the pending motion to dismiss is extended to and including July 14, 2014.

DATED:   June 10th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge