IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00355-RPM

DAVID A. BOVINO P.C., and
DAVID A. BOVINO,

    Plaintiffs,

v.

UBS TRUST COMPANY, N.A.,
UBS FINANCIAL SERIVCES, INC, and
TIMOTHY D. KELLY,
KELLY AND HANNAH, P.A.,

    Defendants.

_____

ORDER DENYING PLAINTIFFS' MOTION TO STAY AND SETTING TIME TO
RESPOND TO MOTION TO DISMISS
_____

On May 19, 2014, the plaintiffs filed a motion to stay pending settlement or for an extension of time to respond to Defendants' respective motions to dismiss, informing that Defendants Timothy Kelly and Kelly & Hannah, P.A., have no objection to the motion.  It is therefore

ORDERED that the plaintiffs' motion to stay is denied and it is

FURTHER ORDERED that the time within which the plaintiffs shall respond to the pending motion to dismiss filed by Defendants Timothy D. Kelly and Kelly and Hannah, P.A., is extended to and including July 14, 2014.

DATED:   June 10th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge