IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00355-RPM

DAVID A. BOVINO P.C., and
DAVID A. BOVINO,

    Plaintiffs,

v.

UBS TRUST COMPANY, N.A.,
UBS FINANCIAL SERVICES, INC, and
TIMOTHY D. KELLY,
KELLY AND HANNAH, P.A.,

    Defendants.

_____

STAY ORDER
_____

Upon considering the responses to this Court's Order to Show Cause Why This Civil Action Should Not Be Stayed [Doc.38], it is now

ORDERED that all further proceedings in this civil action are stayed until conclusion of the trial in the related civil action No. 12-cv-00551-PAB-MEH, *David A. Bovino P.C., et al. v. UBS Trust Company, N.A., et al.*

DATED:   October 22nd, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge